**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| SHIRLEY GROSS,<br><br>        Plaintiff,<br><br>        v.<br><br>PFIZER, INC., *et. al*,<br><br>        Defendants. | Civil Action No. 10-CV-00110-AW |

## <u>ORDER</u>

Pending before the Court is Defendant Pliva USA, Inc. ("PLIVA")'s motion for judgment on the pleadings pursuant to Rule 12 of the Federal Rules of Civil Procedure. *See* Doc. No. 83. The Court has reviewed the motions and all supporting documents and finds no hearing is necessary. *See* Md. Loc. R. 105.6 (D. Md. 2010). For the reasons stated in the accompanying Memorandum Opinion, it is, this 22nd day of November, 2011, ordered that:

1) Defendant's motion for judgment on the pleadings, Doc. No. 83, is granted;

2) The Clerk **CLOSE** this case; and

3) The Clerk transmit a copy of this Order to Counsel.

                                                                    /s/
                                                    Alexander Williams, Jr.
                                                    UNITED STATES DISTRICT JUDGE